No. 67012.—James G. Wiley and Daniel Bennett et al. *v.* United States, protests 61/8920, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of temporarily strung imitation pearls similar in all material respects to those the subject of Abstract 66102, the claim of the plaintiffs was sustained.

No. 67013.—Artiflor Manufacturing Co. and Otto Kadmon, Inc. *v.* United States, protests 61/5370 and 61/8441 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of Christmas corsages similar in all material respects to those the subject of Abstract 66649, the claim of the plaintiffs was sustained.